FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUN -9 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GARBER, | Case No. CV 07-7254-DDP (RNB) |
| Plaintiff, | |
| vs. | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE; AND DENYING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE |
| JAVIER BARRAGAN, et al. | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge with respect to defendants' Motion for Judgment on the Pleadings (the "Motion"). Plaintiff has filed a statement of objections to the Report and Recommendation, along with another request for judicial notice. No objections have been filed by defendants. Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that:

1. The Motion is granted with respect to all of plaintiff's claims except his excessive force claim(s) against the two individual defendants, Officers Barragan and

1

1  Hennessy.

2      2.    The Motion is denied with respect to plaintiff's excessive force claim(s) against Officers Barragan and Hennessy.

    3.    Plaintiff's request for judicial notice of nine attached documents is denied. The LAPD call record, the LAGSD police incident log report, and the Report of Office Hearing (i.e., item nos. 1, 2 and 8) are not proper subjects of judicial notice. See Pina v. Henderson, 752 F.2d 47, 50 (2d Cir. 1985) (holding that the existence and content of a police report are not properly the subject of judicial notice), cited with approval in United States v. Ritchie, 342 F.3d 903, 909 (9th Cir. 2003); M/V Am. Queen v. San Diego Marine Constr. Corp., 708 F.2d 1483, 1491 (9th Cir. 1983) (stating the general rule that "a court may not take judicial notice of proceedings or records in another cause so as to supply, without formal introduction of evidence, facts essential to support a contention in a cause then before it").  The two "eyewitness" declarations (i.e., item nos. 3 and 4) are not proper subjects of judicial notice because the statements of the declarants contained therein do not constitute matters that are "not subject to reasonable dispute." See Fed. R. Civ. P. 201(b). Finally, neither the discovery responses (i.e., item nos. 5 and 6) nor the two medical records (i.e., item nos. 7 and 9) are relevant to the issue of whether plaintiff's allegations are sufficient to state any claim for relief other than his excessive force claim(s) against Officers Barragan and Hennessy.

DATED: 6-8-09

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE