O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GARBER, | ) Case No. CV 07-07254 DDP (RNBx) |
| Plaintiff, | ) **ORDER DENYING PLAINTIFF'S MOTION FOR COURT'S DISCLOSURE OF SPECIFIC PARTIAL FINDINGS - R.C.F.C. 52; REQUEST FOR MEMORANDUM OF FINDINGS OF FACTS AND CONCLUSIONS OF LAW R.C.F.C. 52(A)(1)** |
| v. | |
| THE CITY OF LOS ANGELES, et al., | |
| Defendants. | ) [Motion filed on June 9, 2011] |

Presently before the court is Plaintiff's Motion for Court's Disclosure of Specific Partial Findings - R.C.F.C. 52; Request for Memorandum of Findings of Fact and Conclusions of Law R.C.F.C. 529A)(1) (Dkt. No. 153).

This was a jury trial and the jury made the findings of fact. Furthermore, the jury applied the jury instructions, which contained the relevant statements of law. Therefore, as a procedural matter, the court does not make findings of fact nor

does it produce a memorandum of its conclusions of law in a jury trial.

For the reasons stated above, Plaintiff's Motion is DENIED.

IT IS SO ORDERED.

Dated: June 9, 2011

DEAN D. PREGERSON
United States District Judge