JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GARBER, | CASE NO. |
| *Plaintiff,* | CV 07-07254 DDP (RNBx) |
| vs. | **JUDGMENT AFTER TRIAL BY JURY** |
| JAVIER BARRAGAN, et al., | |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD THEREIN:**

This action came on regularly for trial on May 31, 2011 in Courtroom "3" of the United States District Court for the Central District of California before the Honorable Dean D. Pregerson, United States District Court Judge. Plaintiff ROBERT GARBER appeared in pro se. The Defendants JAVIER BARRAGAN and SEAN HENNESSEY, were represented by Assistant City Attorney Anthony M. Miera.

1

A jury of seven (7) persons were regularly empaneled and sworn. Witnesses were sworn and testified and documentary evidence was introduced and admitted into evidence. After hearing the evidence and arguments of counsel, the jury deliberated and thereafter returned to the court with their unanimous verdict as follows, to-wit:

## **JURY VERDICT**

WE, THE JURY, in the above-entitled action, unanimously find on the questions presented as follows:

**QUESTION NO. 1**: Has Plaintiff Robert Garber proved by a preponderance of the evidence that Javier Barragan violated Plaintiff's constitutional rights by committing an unreasonable seizure of Plaintiff by using excessive force? (Please place and "X" next to one answer.)

　　　　　No___X___　　　_____ Yes

If you answered "no to Question 1, please proceed to Question NO. 4
If you answered "yes" to Question No. 1, please proceed to Question No. 2.

*************

**QUESTION NO. 4**: Has Plaintiff Robert Garber proved by a preponderance of the evidence that Sean Hennessey violated Plaintiff's constitutional rights by committing an unreasonable seizure of Plaintiff by using excessive force? (Please place and "X" next to one answer.)

　　　　　No___X___　　　_____ Yes

If you answered "no to Question 4, please proceed to Question NO. 4, stop here, answer no further questions and have the presiding juror sign and date this form.
If you answered "yes" to Question No. 1, please proceed to Question No. 5.

2

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please have the presiding juror sign and date this form.

DATED:  6 - 3 - 11                               /S/
                                                        Presiding Juror

## JUDGMENT

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. That judgment be, and hereby is, entered in favor of the Defendant and against the Plaintiff;
2. That the Plaintiff shall take nothing;
3. That the Defendants recover their costs of suit herein.

DATED: July 19, 2011

**HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE**