O

CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GARBER,<br><br>    Plaintiff,<br><br>  v.<br><br>THE CITY OF LOS ANGELES, et al.,<br><br>    Defendants. | Case No. CV 07-07254 DDP (RNBx)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE OF COURT TO FILE A MISTAKENLY LATE MOTION, DENIES PLAINTIFF'S MOTION FOR A NEW TRIAL AND GRANTING MOTION FOR EXTENSION TO FILE APPEAL**<br><br>[Motions filed on July 1, 2011 and July 26, 2011] |

Presently before the court is Plaintiff's Request for Leave of Court to File Mistakenly Late Motion and Plaintiff's Motion for a New Trial (Dkt. No. 167).

The court GRANTS Plaintiff's Request for Leave of Court to File Mistakenly Late Motion.

The court has considered Plaintiff's Motion for a New Trial and the arguments therein, and the court concludes that there is not sufficient good cause to grant the motion. Accordingly, Plaintiff's Motion for a New Trial is DENIED.

///

In addition, the Motion for Extension of Time to File Appeal (Dkt. No. 165) is GRANTED.  The plaintiff has until September 9, 2011 to file an appeal with the Intake Section of the Clerk's Office.

IT IS SO ORDERED.

Dated: July 26, 2011

DEAN D. PREGERSON
United States District Judge